IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **CHRYSTA GAIL GRAVES, as the Administratrix of the Estate of MICHAEL STEVEN GAILS, deceased** )<br>)<br>)<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>**WACHOVIA BANK, NATIONAL ASSOCIATION, et. al.,** )<br>)<br>)<br>)<br>Defendants. | CIVIL ACTION NO. 1:08-CV-00075 |

**CONFLICT DISCLOSURE STATEMENT**

COMES NOW Chrysta Gail Graves, in her capacity as Administratrix of the Estate of Michael Steven Gails, deceased, Plaintiff in the above-captioned matter, and in accordance with the Order of this Court, making disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

**XX**   This party is an individual serving in a representative capacity of a decedent's estate, and to the best information of Plaintiff and Plaintiff's counsel there are no reportable entities nor relationships to be reported.

/s/ Lexa E. Dowling
Lexa E. Dowling
ASB-9683-I69L
Stephen T. Etheredge (ETH002)
ASB-8149-H69S
Attorneys for Plaintiff
185 North Oates Street
P. O. Box 1193
Dothan, Alabama 36302-1193
(334) 793-3377

**CERTIFICATE OF SERVICE**

I, the undersigned counsel for defendant hereby certify that a copy of the above and foregoing Motion served upon counsel for the Defendant by first class mail, postage prepaid on the 6th day of March 2008, as follows:

Burr & Forman LLP
3100 Wachovia Tower
420 North Twentieth Street
Birmingham, Alabama  35203

/s/ Lexa E. Dowling
Of counsel