IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| CHRYSTA GALES GRAVES, as Administratrix of the Estate of Michael Steven Gales, deceased,<br><br>    Plaintiff,<br><br>    v.<br><br>WACHOVIA BANK, National Association,<br><br>    Defendant. | CIVIL ACTION NO.<br>1:08cv75-MHT<br>(WO) |

# JUDGMENT

In accordance with the opinion entered on this date, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Defendant Wachovia Bank's motion for summary judgment (doc. no. 15) is granted.

(2) Judgment is entered in favor of defendant Wachovia Bank and against plaintiff Chrysta Gales Graves (as administratrix of the estate of Michael Steven Gales,

deceased), with plaintiff Graves taking nothing by her complaint.

It is further ORDERED that costs are taxed against plaintiff Graves, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE this the 10th day of April, 2009.

                                                          /s/ Myron H. Thompson
                                            UNITED STATES DISTRICT JUDGE